IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Margaret S. Hunt, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 4:07-3561-HMH-TER |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Michael J. Astrue, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412 (d)(1)(A). In her petition, Margaret S. Hunt ("Hunt") seeks attorney's fees for services rendered in the above-captioned social security action in the amount of Twelve Thousand One Hundred Eighty Dollars ($12,180.00) (calculated at $175.00 per hour multiplied by 69.6 attorney hours). However, the Commissioner and Hunt have reached an agreement to settle Hunt's petition for attorney's fees for Seven Thousand Five Hundred Dollars ($7,500.00). The court finds that an award of attorney's fees in the amount of $7,500.00 is reasonable.

1

Therefore, it is

**ORDERED** that Hunt is awarded attorney's fees in the amount of Seven Thousand Five Hundred Dollars ($7,500.00).

**IT IS SO ORDERED**.

                                              s/Henry M. Herlong, Jr.
                                              United States District Judge

Greenville, South Carolina

April 8, 2009